# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI A. PASCO,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RED ROBIN GOURMET BURGERS, INC., et al.,<br><br>　　　　　　　Defendants./ | CASE NO. 1:11-cv-1402-AWI-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT CLAIMS AGAINST DEFENDANT MURPHY BE DISMISSED AND THAT PLAINTIFF'S MOTION FOR REMAND BE DENIED**<br><br>**Docket No. 8 & 17** |

　　　　On November 18, 2011, the Magistrate Judge issued Findings and Recommendations that Defendant Plaintiff Lori A. Pasco motion for remand be DENIED and that the claims against Defendant David Murphy be DISMISSED. These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within twenty (20) days after service of the order. No objections were filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Findings and Recommendations issued November 18, 2011, are ADOPTED IN FULL;

1

2. Plaintiff's Motion for Remand is DENIED; and

3. The claims against Defendant Murphy are DISMISSED as to Defendant Murphy only.

IT IS SO ORDERED.

Dated: December 10, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE