LAW OFFICES OF JOHN L. FALLAT
JOHN L. FALLAT (State Bar No. 114842)
TIMOTHY J. TOMLIN (State Bar No. 142294)
999 Fifth Avenue, Suite 590
San Rafael, CA 94901-2994
Telephone: (415) 457-3773
Facsimile: (415) 457-2667

Attorneys for Plaintiff
LORI A. PASCO

UNITED STATES DISCTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LORI A. PASCO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RED ROBIN INTERNATIONAL, INC., a Nevada corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No. 1:11-CV-01402-SKO**<br><br>**STIPULATION & ORDER TO AMEND SCHEDULING ORDER TO EXTEND DATE OF DISCOVERY CUT-OFF AND EXPERT DISCLOSURE CUT-OFF DATE** |

WHEREAS the parties have been involved in a discovery dispute which has only recently resulted in resolution of some issues; and

WHEREAS plaintiff will shortly be given additional interrogatory responses and document production;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the discovery cut-off, currently set for October 19, 2012, be re-scheduled to November 16, 2012.

.

STIPULATION & ORDER TO AMEND SCHEDULING ORDER
1

IT IS ALSO HEREBY STIPULATED by and between the parties hereto that the deadline for disclosing expert witnesses currently set for October 19, 2012 be rescheduled to October 26, 2012.

IT IS SO STIPULATED.

Dated: October 17, 2012.                    _____/s/_____
                                            WILLIAM J. DRITSAS
                                            ANDREW MCNAUGHT
                                            EMILY BARKER
                                            Attorneys for Defendants
                                            RED ROBIN INTERNATIONAL INC.

Dated: October 17, 2012.                    _____/s/_____
                                            JOHN L. FALLAT
                                            TIMOTHY J. TOMLIN
                                            Attorneys for Plaintiff
                                            LORI A. PASCO

## **ORDER**

Pursuant to the above Stipulation, the non-expert discovery deadline is extended from October 19, 2012, to November 16, 2012, and the expert witness disclosure deadline is extended from October 19, 2012, to October 26, 2012.

IT IS SO ORDERED.

Dated:   **October 18, 2012**            **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION & ORDER TO AMEND SCHEDULING ORDER
2