1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## EASTERN DISTRICT OF CALIFORNIA

7
8

LORI A. PASCO,

CASE NO. 1:11-cv-01402-SKO

Plaintiff

9

**ORDER DISMISSING ACTION**

10

v.

(Docket No. 49)

11

RED ROBIN INTERNATIONAL, INC.,

12
13

Defendant.

_____/

14
15

Plaintiff and Defendant Red Robin International, Inc. settled this action at a settlement

16

conference held on October 30, 2012.

17

On November 21, 2012, Plaintiff Lori Pasco ("Plaintiff") filed a Request for Dismissal of

18

Entire Action with Prejudice, seeking to voluntarily dismiss this case with prejudice as to all causes

19

of action and indicating that each side will bear their own costs.  (Doc. 49.)

20

Accordingly, IT IS HEREBY ORDERED that:

21

1.      This action is DISMISSED with prejudice pursuant to Rule 41(a)(2) of the Federal

22

Rules of Civil Procedure; and

23

2.      The Clerk of the Court is DIRECTED to administratively close this case.

24
25

IT IS SO ORDERED.

26

**Dated:    November 26, 2012**          _____/s/ Sheila K. Oberto_____
                                         UNITED STATES MAGISTRATE JUDGE

27
28