# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LORI A. PASCO,

                Plaintiff

    v.

RED ROBIN INTERNATIONAL, INC.,

                Defendant.

_____/

CASE NO. 1:11-cv-01402-SKO

**ORDER DISMISSING ACTION**

(Docket No. 49)

      Plaintiff and Defendant Red Robin International, Inc. settled this action at a settlement conference held on October 30, 2012.

      On November 21, 2012, Plaintiff Lori Pasco ("Plaintiff") filed a Request for Dismissal of Entire Action with Prejudice, seeking to voluntarily dismiss this case with prejudice as to all causes of action and indicating that each side will bear their own costs.  (Doc. 49.)

      Accordingly, IT IS HEREBY ORDERED that:

1.      This action is DISMISSED with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure; and

2.      The Clerk of the Court is DIRECTED to administratively close this case.

IT IS SO ORDERED.

**Dated:   November 26, 2012**          ___/s/ Sheila K. Oberto___
                                 UNITED STATES MAGISTRATE JUDGE